**Order entered September 7, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00950-CV

### IN THE INTEREST OF H.S., A MINOR

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22239-U**

## ORDER

The Court has before it appellant Shawn Sprinkle's September 6, 2016, Motion for Extension of Time to File Appellant's Brief. We **GRANT** the motion. Appellant's brief is to be filed on or before **September 21, 2016**. No further motion for extension of time for appellant to file his brief will be entertained.

/s/    ROBERT M. FILLMORE
        PRESIDING JUSTICE